SEALED 3:25-mj-00244

DISTRICT OF OREGON, ss:                AFFIDAVIT OF JAMES THOMPSON

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Postal Inspector James Thompson, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am currently assigned to the Portland, Oregon Domicile Office of the United States Postal Inspection Service (USPIS).  As a Postal Inspector and Federal Agent, I am empowered by 18 U.S.C. § 3061 to conduct investigations and to make arrests for offenses against the United States.  As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine, and heroin, as well as proceeds of the sale of controlled substances.  In April 2022, I graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia.  From April 2022 to February 2025, I served as a Special Agent with the U.S. Department of Health and Human Services, Office of the Inspector General. From 2021 to 2022, I was employed as a United States Probation Officer.  Prior to that, I worked as a deputy prosecuting attorney for four years in King County, Washington. I began my law career by working as a criminal defense attorney in North Dakota and Montana for three years.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Michael John Peters (PETERS), for 18 U.S.C. § 1708 (Theft or Receipt of Stolen Mail Matter Generally) and 18 U.S.C. § 1704 (Keys or Locks Stolen or Reproduced).  As set forth below, there is probable cause to believe, and I do believe, that in or about May 2025, through in or about August 19, 2025, PETERS violated 18 U.S.C. §§ 1708 and 1704.

**Affidavit of Postal Inspector James Thompson**                                **Page 1**

## Applicable Law

3.      Title 18 U.S.C. § 1708 states,

Whoever steals, takes, or abstracts, or by fraud or deception obtains, or attempts so
to obtain, from or out of any mail, post office, or station thereof, letter box, mail
receptacle, or any mail route or other authorized depository for mail matter, or from
a letter or mail carrier, any letter, postal card, package, bag, or mail, or abstracts or
removes from any such letter, package, bag, or mail, any article or thing contained
therein, or secretes, embezzles, or destroys any such letter, postal card, package,
bag, or mail, or any article or thing contained therein; or

Whoever steals, takes, or abstracts, or by fraud or deception obtains any letter,
postal card, package, bag, or mail, or any article or thing contained therein which
has been left for collection upon or adjacent to a collection box or other authorized
depository of mail matter; or

Whoever buys, receives, or conceals, or unlawfully has in his possession, any letter,
postal card, package, bag, or mail, or any article or thing contained therein, which
has been so stolen, taken, embezzled, or abstracted, as herein described, knowing
the same to have been stolen, taken, embezzled, or abstracted—

Shall be fined under this title or imprisoned not more than five years, or both.

4.      Title 18 U.S.C. § 1704 states,

Whoever steals, purloins, embezzles, or obtains by false pretense any key suited to
any lock adopted by the Post Office Department or the Postal Service and in use on
any of the mails or bags thereof, or any key to any lock box, lock drawer, or other
authorized receptacle for the deposit or delivery of mail matter; or

Whoever knowingly and unlawfully makes, forges, or counterfeits any such key, or
possesses any such mail lock or key with the intent unlawfully or improperly to use,
sell, or otherwise dispose of the same, or to cause the same to be unlawfully or
improperly used, sold, or otherwise disposed of; or

Whoever, being engaged as a contractor or otherwise in the manufacture of any
such mail lock or key, delivers any finished or unfinished lock or the interior part
thereof, or key, used or designed for use by the department, to any person not duly
authorized under the hand of the Postmaster General and the seal of the Post Office
Department or the Postal Service, to receive the same, unless the person receiving
it is the contractor for furnishing the same or engaged in the manufacture thereof in
the manner authorized by the contract, or the agent of such manufacturer—

Shall be fined under this title or imprisoned not more than ten years, or both.

**Case Summary**

5.      Throughout the course of the investigation, USPIS Agents identified PETERS as an individual stealing U.S. mail from a variety of condominium and apartment complexes in northwest and southwest Portland, Oregon. The thefts involved the use of a suspected counterfeit United States Postal Service (USPS) Arrow or Modified Arrow Lock (MAL) key to access housing complexes and open mailboxes inside each complex. USPIS Agents recovered video evidence of PETERS stealing U.S. mail on approximately eleven (11) instances between May 7, 2025, and August 19, 2025. USPIS Agents believe that PETERS is associated with bank fraud and wire fraud, which is connected to stolen U.S. mail, for approximately $30,000.

6.      During the course of the investigation, USPIS Agents reviewed complaints of mail theft occurring in the Portland neighborhoods that PETERS has been operating in since May 2025. The potential mail theft incidents were primarily brought to USPIS attention because residential mailbox doors had been reportedly left open overnight and/or mail was found nearby in piles on the ground. Approximately twenty-four (24) of those complaints did not feature video evidence of PETERS committing mail theft. However, approximately five (5) of those twenty-four (24) incidents do have video showing PETERS entering or attempting to enter housing complexes using a suspected counterfeit USPS key. The investigation focuses therefore on the approximately eleven (11) incidents with video footage of PETERS stealing U.S. mail.

**Facts Supporting Probable Cause**

7.      On May 7, 2025, USPIS Agents received a complaint from a USPS customer identified herein as Witness 1 regarding the theft of US mail at the Arbor Vista housing complex located at 2024 SW Howards Way, Portland, Oregon 97201. Early that morning, Witness 1 discovered that the 27-slot cluster mailbox unit (CBU) had been broken into. According to

Witness 1, per her review of the security footage, a male suspect appeared to use a key to enter the apartment complex at approximately 3:33 a.m. on May 7, 2025. According to Witness 1, the video showed the male suspect appear to use a key to steal multiple pieces of US mail from the CBU.

8.     USPIS Agents reviewed the May 7, 2025, video and made several observations. USPIS Agents observed the suspect on video, who was later identified as PETERS, gain entry to the building by inserting an object into the USPS-designated key slot of the complex call box. The call boxes are designed to allow a USPS mail carrier, using an Arrow or Modified Arrow Lock (MAL) key, to gain access to the interior of buildings for the purposes of delivering U.S. mail. The USPS key slot is not designed to grant entry via non-USPS keys or tools. In my training and experience, criminals may attempt to manufacture or counterfeit an Arrow or MAL key in order to burglarize buildings and steal U.S. mail. A stolen or counterfeit Arrow or MAL key can be used to open USPS mailboxes at housing complexes and office buildings.

9.     The suspect appeared to use an object to manipulate the door to the CBU, before removing his backpack and placing his hand inside the backpack. The suspect was a white male, who was wearing a backwards baseball cap and carrying a gray backpack and an electronic skateboard.



*Figure 1: Arbor Vista Security Image (May 7, 2025)*

**Affidavit of Postal Inspector James Thompson**                                    **Page 4**

10.    Witness 1 later provided security footage depicting a suspect attempting to gain entry to the Arbor Vista complex on July 6, 2025. I reviewed the security footage and concluded that it showed the same suspect from the May 7, 2025, Arbor Vista incident.



*Figure 2: Arbor Vista Security Image (July 6, 2025 – Attempted Entry)*

11.    USPIS Agents canvassed the area around the Arbor Vista complex and discovered video footage of a suspect breaking into the Collins Circle apartment complex located at 1701 SW Columbia St., Portland, Oregon, 97201. USPIS Agents spoke to the Property Manager identified herein as Witness 2, who stated that at approximately 5:00 a.m. on May 8, 2025, a suspect stole U.S. mail from the CBU. Witness 2 related that she believed the same subject depicted on the security footage had been associated with a previous theft at the Collins Circle apartments.

12.    USPIS agents reviewed the video and made several observations. A white male suspect, later identified as PETERS and who appeared to be the same individual from the Arbor Vista break-in, gained entry to the Collins Circle property at 5:08 a.m. on May 8, 2025. The

**Affidavit of Postal Inspector James Thompson**                                                    **Page 5**

suspect appeared to use his right hand to interact with the entrance call box before entering the

building lobby. The suspect was a white male who was wearing a gray backpack, backwards

baseball cap, and carrying an electric skateboard. The suspect appeared to use a key to open the

door panel to the CBU and steal multiple pieces of U.S. mail, which he placed into his gray

backpack.



*Figure 3: Collins Circle Security Image (May 8, 2025)*

13.     On May 23, 2025, USPIS Agents received a complaint about theft of U.S. mail

occurring at the McKenzie Lofts located at 408 NW 12th Ave., Portland, Oregon 97209. USPIS

Agents obtained security footage from May 23, 2025, which showed the same suspect, who was

later identified as PETERS, from the Arbor Vista and Collins Circle incidents. The suspect

interacted with the complex call box and entered the building two (2) times within several

minutes. USPIS Agents observed that the individual on video then used a key to open the CBU

door panel and steal approximately several dozen pieces of U.S. mail during both entries to the

building. The suspect was a white male who was wearing a gray backpack and backwards

baseball cap.

/ / /

**Affidavit of Postal Inspector James Thompson**                                    **Page 6**



*Figure 4-A: McKenzie Lofts Security Image (May 23, 2025 – First Theft)*



*Figure 4-B: McKenzie Lofts Security Image (May 23, 2025 – Second Theft)*

14.     On July 3, 2025, USPIS Agents received another complaint about a break-in and

mail theft occurring at the Sitka apartment complex located at 1221 NW 11th Ave., Portland,

Oregon 97209. USPIS Agents obtained and reviewed a June 28, 2025 video, which showed a

**Affidavit of Postal Inspector James Thompson**                              **Page 7**

white male suspect, who was later identified as PETERS, use a key to open the CBU door panel. The suspect then removed approximately a dozen or more pieces of U.S. mail and placed them into a gray backpack. The suspect was a white male wearing a front-facing baseball cap.



*Figure 5: Sitka Apartments Security Image (June 28, 2025)*

15.     Sitka security staff provided USPIS Agents with a May 28, 2025 video depicting the same individual from the June 28, 2025 incident. In the May 28, 2025 video, the suspect was wearing a baseball hat and carrying an electronic skateboard. The suspect entered with a backpack and opens a cluster mailbox door shortly afterwards. When the suspect left, the mailbox area, his backpack appeared fuller than when he entered the building. After the initial theft that morning, the same suspect returned approximately two (2) hours later to the west side of the complex and stole additional mail. The west side of the Sitka complex is located at 1230 NW 12th Ave., Portland, Oregon.

/ / /

/ / /

/ / /

/ / /

**Affidavit of Postal Inspector James Thompson**                                                 **Page 8**



*Figure 6-A: Sitka Apartments Security Image (May 28, 2025 – 1:58 a.m.).*



*Figure 6-B: Sitka Security Image (May 28, 2025 -- 4:10 a.m.)*

16.     In my opinion, that suspect from both Sitka incidents appears to be the same

suspect from the Arbor Vista, Collins Circle, and McKenzie Lofts incidents. That suspect was

later identified as PETERS.

### Identification of Suspect Michael John Peters

17.     On July 8, 2025, USPIS Agents received information about attempted mail theft

that had occurred at Waterfront Pearl condominium complexes located at 1260 NW Naito

Parkway, Portland, Oregon 97209. USPIS Agents responded to the scene and obtained a

**Affidavit of Postal Inspector James Thompson**                                    **Page 9**

statement from the First Response Security guard identified herein as Witness 3. Witness 3 described the mail theft incident as occurring on the afternoon of July 7, 2025. At the time, Witness 3 was monitoring the surveillance camera system from inside the complex. Witness 3 observed a male with a backwards baseball cap, skateboard, and gray backpack attempting to use a key to enter the complex lobby. USPIS Agents later identified this suspect as PETERS.

18.     Witness 3 physically confronted the male suspect as he tried to leave the building. Witness 3 instructed the suspect to return any stolen mail as well as the key that he had used to enter the building. The suspect surrendered a copper key with the word "SLAB" engraved on it. Witness 3 recounted that the male also removed his backpack and left it on the ground before fleeing the area. USPIS Agents collected the gray backpack and copper "SLAB" key as evidence. In my experience, the term "SLAB" can be an abbreviation for the Slabtown neighborhood of Portland, Oregon. USPIS Agents examined the key and concluded that it was a counterfeit Modified Arrow Lock (MAL) key. In my opinion, the recovered gray backpack appears to be the same backpack depicted in the security camera footage described above.



*Figure 7: Waterfront Pearl Security Image (July 7, 2025 – Entry Only)*

19.     On July 18, 2025, USPIS Agents searched the gray backpack that was reportedly abandoned by the suspect at 1260 NW Naito Parkway, Portland, Oregon. USPIS Agents

discovered two (2) suspected counterfeit MAL keys and one (1) suspected counterfeit Arrow key. In my training and experience, it is common for mail thieves to have multiple keys to access USPS mailboxes in different neighborhoods. Those thieves may mark the keys for convenience or organizational purposes. The abbreviation "GH" may refer to the Goose Hollow neighborhood, where the Arbor Vista and Collins Circles housing complexes are located.

20.     Additionally, two checks in the names of Victim 1 and Victim 2 were discovered in the backpack. One of the checks was addressed to Victim 1's residence, which is located approximately a quarter-mile from the Slabtown neighborhood. USPIS Agents also discovered a Flipper Zero device, which can be used to gain access to secured doors and buildings. The recovered backpack, in my opinion, appears identical to the backpack worn by the suspect in the video footage referenced above.



*Figure 8-A: Backpack Recovered from Waterfront Pearl*



*Figure 8-B: Suspected Counterfeit USPS Keys Recovered from Backpack*

21.     On July 23, 2025, USPIS Agents performed a review of open-source photographs. On several news websites and social media platforms, USPIS Agents found multiple photographs depicting an individual described as "Michael John Peters" (PETERS). A search of Hawaii driver license records for the name "Michael John Peters" yielded a photograph of an individual that, in my opinion, is the same individual in the social media and news article images. In my opinion, the individual named Michael John PETERS from the Hawaii driver license records appears to be the same individual depicted in the Arbor Vista, Collins Circle, McKenzie Lofts, Sitka, and Waterfront Pearl incidents. In my opinion, PETERS is the same individual depicted in all other security videos referenced in the remainder of this affidavit.



*Figure 9-A: News Article & Social Media Photo of Michael John Peters*



*Figure 9-B: News Article Photo of Michael John Peters*

 



*Figure 9-C: 2024 Hawaii Driver License of Michael John Peters*

22.     On July 31, 2025, USPIS Agents administered a photographic line-up to Witness 3, using the 2024 Hawaii driver license photo for PETERS shown in Figure 9-C above. After being advised of the procedures for the line-up and agreeing to those procedures, Witness 3

indicated that the individual depicted in photograph #1 was the suspect she interacted with on July 7, 2025. Witness 3 noted further that she had a strong recall of the individual's face due to perceiving him as "handsome" and "smoky" in appearance.

23.     On August 18, 2025, while searching for PETERS in Portland, Oregon, I observed a tall, medium-build white male wearing a backpack and backwards baseball cap. The individual was traveling by skateboard at approximately twenty miles per hour. I observed the individual from several feet away and concluded that the individual was the same "Michael John Peters" depicted in the 2024 Hawaii driver license photo shown above in Figure 9-C. The individual I observed had a dimpled chin and distinctive jawline, which is consistent with the social media and news article photographs of the individual described as "Michael John Peters" in those sources. I also concluded that the same individual was depicted in all the mail theft and building entry security footage referenced throughout this affidavit.

24.     Using USPS business records, members of the USPIS investigative team identified a recent address associated with PETERS, which was located at in Beaverton, Oregon. Per USPS business records, PETERS had previously created a USPS customer account using a phone number. That same phone number is associated with PETERS in law enforcement databases. The same USPS customer account was associated with USPS parcel number 9234690384628501684811, which was addressed to "Michael Peters" and delivered to the Beaverton address on July 18, 2025. A further review of USPS business records indicated that another twelve (12) packages were addressed to either "Mike Peters" or "Michael Peters" at the address between October 2024 and mid-July 2025.

25.     USPIS Agents reviewed the criminal history of PETERS and learned that he had been convicted in 2023 in California for felony Possession of Identification of Ten or More

**Affidavit of Postal Inspector James Thompson**                                        **Page 14**

Persons with Intent to Defraud. PETERS was also charged in the same incident for misdemeanor Making a Fictitious Check. I reviewed the police report for the incident, which indicated that PETERS was found with three (3) pieces of mail that were not addressed to him. Per the report, the mail was found wrapped around the ankle and under the pants of PETERS during a traffic stop.

26.     In 2023 in Hawaii, PETERS was convicted of felony Unauthorized Possession of Confidential Personal Information. He was initially charged in the same incident with approximately twenty-eight (28) counts of felony Unauthorized Possession of Confidential Personal information, felony Fraudulent Use of Credit Card, felony Theft of Credit Card, and felony Theft. In my training and experience, individuals who steal mail are often motivated to obtain credit cards and personal checks for fraudulent purposes.

## Additional Mail Theft Incidents

27.     On August 12, 2025, USPIS Agents were provided with security footage depicting an individual stealing from the CBU mailboxes at the Elizabeth condominium complex at 333 NW 9th Ave., Portland, Oregon on August 11, 2025, and August 12, 2025. The suspect was wearing a backwards baseball cap and backpack during the thefts. On each day in question, the security footage depicted the suspect using an object or key to open multiple cluster mailbox doors, before physically grabbing mail and placing it inside a backpack. On August 12, 2025, the suspect returned about fifteen (15) minutes after the initial theft and stole additional mail. The suspect was later identified as PETERS.

/ / /

/ / /

/ / /

**Affidavit of Postal Inspector James Thompson**                                    **Page 15**



*Figure 10-A: Elizabeth Security Image (August 11, 2025)*



*Figure 11-A: Elizabeth Security Image (August 12, 2025 – 2:20 a.m.)*

*Figure 11-B: Elizabeth Security Image (August 12, 2025 – 2:31 a.m.)*

28.     On August 13, 2025, USPIS Agents received security footage showing an individual with a baseball cap and dark backpack stealing mail from the Akoya housing complex located at 1430 NW Hoyt St., Portland, Oregon on June 25, 2025. The security footage depicted the suspect using an object or key to open mailbox doors. The suspect then removed multiple pieces of mail and placed the items inside his backpack. The suspect was later identified as PETERS.



*Figure 12: Akoya Security Image (June 25, 2025)*

29.     On August 15, 2025, USPIS Agents received security footage showing an individual with a peach-colored knit cap and black backpack stealing mail from the Sitka apartment complex located at 1221 NW 11th Ave., Portland, Oregon on August 14, 2025. The video depicted the suspect approaching mailbox doors and later leaving with a backpack containing mail.  The suspect was later identified as PETERS.

/ / /

/ / /

/ / /



*Figure 13-A: Sitka Security Image (August 14, 2025 – Entry)*



*Figure 13-B: Sitka Security Image (August 14, 2025 – Theft)*

30.    On August 19, 2025, USPIS Agents obtained security footage depicting an individual stealing mail from the mailboxes inside the Abigail apartment complex located at 1650 NW 13th Ave., Portland, Oregon on August 19, 2025. The video showed the suspect opening mailbox doors and removing multiple pieces of mail. The suspect was wearing a

backwards baseball cap, a black backpack, and black and white shoes. The suspect was later
identified as PETERS.



*Figure 14: Abigail Security Image (August 19, 2025)*

31.    On August 19, 2025, USPIS Agents obtained security footage depicting an
individual stealing mail from the mailboxes inside 327 NW Park St. in Portland, Oregon on
August 19, 2025. The video depicted the suspect opening a CBU panel and removing several
envelopes. The suspect was later identified as PETERS.



*Figure 15: 327 NW Park St. Security Image (August 19, 2025)*

32.    USPIS Agents also recovered video showing the same individual, but without a
backpack, entering the 327 NW Park St. housing complex on August 8, 2025. The interior
cameras were not functioning at the time.



*Figure 16: 327 NW Park St. Security Image (August 8, 2025 – Entry Only)*

33.     USPIS Agents also reviewed video footage showing the same individual, who was wearing a peach-colored knit cap, entering the 327 NW Park St. building on July 30, 2025, and attempt to use a key to open a cluster mailbox door. In my opinion, the individual is PETERS.



*Figure 17-A: 327 NW Park St. Security Image (July 30, 2025 -- Entry)*

**Affidavit of Postal Inspector James Thompson**                                    **Page 20**



*Figure 17-B: 327 NW Park St. Security Image (July 30, 2025 – Attempted Theft)*

34.     On July 29, 2025, USPIS Agents obtained security footage depicting an individual entering the Kearney Plaza apartment complex at 931 NW 11th Ave. in Portland, Oregon on July 26, 2025. In my opinion, that individual is PETERS. The interior security cameras were not functioning.



*Figure 18: Kearney Plaza (July 26, 2029 – Entry Only)*

**Affidavit of Postal Inspector James Thompson**                                           **Page 21**

35.     I reviewed the security footage for the above additional, completed mail theft incidents and concluded that PETERS is the individual depicted on security footage stealing U.S. mail from mailboxes on the following dates referenced above: June 25, 2025; August 11, 2025; August 12, 2025; August 14, 2025; and August 19, 2025.

**Conclusion**

36.     I believe, based on my training and experience, and the facts set forth above, probable cause exists that Michael John PETERS violated 18 U.S.C. § 1708 (Theft or Receipt of Stolen Mail Matter Generally) and 18 U.S.C. § 1704 (Keys or Locks Stolen or Reproduced). I therefore request that the Court issue a criminal complaint and arrest warrant for Michael John PETERS.

37.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by First Assistant U.S. Attorney William Narus, and FAUSA Narus advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

**Request for Sealing**

38.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant.  I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation.

Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may

adversely affect the integrity of the investigation

*By phone pursuant to Fed. R. Crim. P. 4.1*
James Thompson
Postal Inspector,
U.S. Postal Inspection Service

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:01 p.m.

on September 3, 2025.

HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

**Affidavit of Postal Inspector James Thompson**                              **Page 23**